UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tammy Jean Velon,  Case No. 16-cv-1319 (WMW/KMM)

Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Nancy A. Berryhill, Acting Commissioner of Social Security,

Defendant.

This matter is before the Court on the June 15, 2017 Report and Recommendation of United States Magistrate Judge Katherine M. Menendez. (Dkt. 22.) Each party notified the Court that there are no objections to the Report and Recommendation. In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The June 15, 2017 Report and Recommendation, (Dkt. 22), is **ADOPTED**;

2. Plaintiff Tammy Jean Velon's motion for summary judgment, (Dkt. 12), to the extent it seeks remand of this matter, is **GRANTED**;

3. Defendant Nancy A. Berryhill's motion for summary judgment, (Dkt. 16), is **DENIED**; and

4. This case is **REMANDED** to the Acting Commissioner for further administrative proceedings, consistent with this opinion, pursuant to sentence four of 42 U.S.C. § 405(g).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 24, 2017                              s/Wilhelmina M. Wright
                                                  Wilhelmina M. Wright
                                                  United States District Judge