UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tammy Jean Velon, | Case No. 16-cv-1319 (WMW/KMM) |
| Plaintiff, | **AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on the August 21, 2018 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkt. 34.) Objections to the R&R have not been filed in the time period permitted. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.  The August 21, 2018 R&R, (Dkt. 34), is **ADOPTED**;

2.  Plaintiff Tammy Jean Velon's motion for attorney fees, (Dkt. 27), is **GRANTED**; and

3.  The Commissioner of Social Security shall promptly pay to Plaintiff Tammy Jean Velon attorney fees in the amount of $8,374.50 and costs in the amount of $223.04.

This award shall fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Plaintiff Tammy Jean Velon in this matter pursuant to 28 U.S.C. §§ 2412 and 1920.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 5, 2019                                        s/Wilhelmina M. Wright
                                                                       Wilhelmina M. Wright
                                                                       United States District Judge